COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER OF ABATEMENT

Appellate case name:     Eva  Casas v. Castano Enterprises, LLC d/b/a Cube Investments

Appellate case number:   01-20-00326-CV

Trial court case number:  2018-70094

Trial court:             215th District Court of Harris County

On January 14, 2022, appellant Eva Casas and the receiver for appellee Castano Enterprises, LLC d/b/a Cube Investments filed a Joint Motion for Extension of Time for a Ruling on the Dismissal or Decision on the Case, asking this Court to delay any decision in the above-styled appeal until at least February 15, 2022, so that the parties may attempt to settle their dispute. The Court construes the joint motion as a motion to abate the appeal pending settlement negotiations.

The motion is **GRANTED**. The appeal is abated until February 15, 2022. If the parties have finalized a settlement by that date, they are instructed to file a motion to dismiss in accordance with the settlement agreement. If the parties have not finalized a settlement by that date, they are instructed to file a report informing this Court of the status of the settlement negotiations.

All appellate deadlines are tolled during the period of abatement.

It is so ORDERED.


Judge's signature: /s Amparo Guerra
                        Acting individually


Date:  January 20, 2022